# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DANNY RUFFNER,**

    Plaintiff,

                                        **CASE NO.     3:11-cv-063**

**-vs-**

                                        **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and that the case be **CLOSED**.

Date:   December 7, 2011                        **JAMES BONINI, CLERK**

                                                    By: s/ M. Rogers
                                                    Deputy Clerk