UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DANNY RUFFNER,**

   Plaintiff,

                                  **CASE NO.   3:11-cv-063**

**-vs-**

                                  **District Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

---

### JUDGMENT IN A CIVIL CASE

---

   **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

   **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

   **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**; and that the case be **CLOSED**.

Date:  December 7, 2011                  **JAMES BONINI, CLERK**

                                            By: <u>s/ M. Rogers</u>
                                            Deputy Clerk